UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE DAVID GONZALEZ OBREGON,

Petitioner,

v. Case No.: 2:26-cv-02530-SPC-NPM

DAVID HARDIN *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Jorge David Gonzalez Obregon's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response[1].

Gonzalez Obregon, a noncitizen in immigration detention, sought habeas relief from this Court in *Gonzalez Obregon v. David Hardin*, M.D. Fla. Case No. 2:26-cv-2211-SPC-NPM. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Gonzalez Obregon before an immigration judge for a bond hearing or release Gonzalez Obregon from custody.

[1] The government mistakenly filed its response in the petitioner's first-filed habeas case, but the Court has considered it as if it were timely filed in this case.

On August 7, 2026, an immigration judge found Gonzalez Obregon to be a flight risk and denied release on bond. Gonzalez Obregon argues the immigration judge did not properly consider to his familial and social ties to the United States and his record of compliance with immigration requirements. But the proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e).

Accordingly, Gonzalez Obregon's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record